IN RE: THE REPORTER of DECISIONS
of THE ARKANSAS SUPREME COURT

Supreme Court of Arkansas
Opinion delivered May 25, 2006

PER CURIAM. On the occasion of Marlo Bush Krueger's recent service as Interim Reporter of Decisions at our request, the Supreme Court wishes to honor her and express our gratitude for the loyalty and respect that she displayed throughout her service to this court over the years. Ms. Krueger set the highest standards, performing her duties with unexampled devotion and a professional's pride.

The court wishes Marlo Bush Krueger Godspeed and great joy in all future efforts.

IN RE: APPOINTMENT of THE REPORTER of DECISIONS
of THE ARKANSAS SUPREME COURT

Supreme Court of Arkansas
Opinion delivered May 25, 2006

PER CURIAM. Kristin A. Cordell, Attorney, of Little Rock, is appointed to the position of Reporter of Decisions of the Arkansas Supreme Court, effective March 20, 2006.

Ms. Cordell replaces William B. Jones, Jr., Attorney, who resigned from the position, and Marlo Bush Krueger, who served as interim reporter.